UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARVIN BRYANT, SR., ET AL.

VERSUS

AQUILEX HYDROCHEM, INC., ET AL.

CIVIL ACTION

NO. 10-446-JJB

**RULING AND ORDER**

This matter is before the court on a motion by defendant International Paper Company for summary judgment. The motion is unopposed.

The court has carefully considered the motion and finds that it has been properly supported by defendant. The court further finds that summary judgment is appropriate as there is no evidence to link this defendant to the performance of the operations conducted at the time of the alleged accident.

Accordingly, the motion (doc. 39) for summary judgment by International Paper Company is hereby GRANTED.

Baton Rouge, Louisiana, January 31, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

1